IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAMIE ROGERS | : | CIVIL ACTION NO. 3:22-cv-291 |
| Plaintiff, | : | |
| v. | : | |
| DELTA AIR LINES, INC. | : | |
| Defendant. | : | FEBRUARY 23, 2022 |

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant DELTA AIR LINES, INC. hereby removes this state court action to this Court, which was originally filed in the Connecticut Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

In support of its Notice of Removal, Defendant DELTA AIR LINES, INC. avers as follows:

1. This action is properly subject to removal under 28 U.S.C. § 1441, because it is a civil action of which this Court has original jurisdiction conferred by 28 U.S.C. § 1332 on the basis of diversity of citizenship of the parties.

2. This action is properly subject to removal under 28 U.S.C. § 1441, because it is a civil action that arises under the Constitution, laws, or treaties of the United States of which this Court has original jurisdiction conferred by 28 U.S.C. § 1331, presents a Federal Question by raising substantial questions of Federal law, and is preempted by Federal law, including the Federal Aviation Act of 1958, 49 U.S.C. § 40101 et seq., and by the Airline Deregulation Act of

1978, 49 U. S.C. § 41713.

3. Plaintiff, Mamie Rogers, is a citizen and resident of the State of Connecticut.

4. Defendant is a Delaware corporation with a principal place of business in the State of Georgia.

5. The amount in controversy is in excess of $75,000, exclusive of interest and costs, in that Plaintiff alleges unspecified damages for physical injuries to her body, including ankle, knee, leg, and back injuries, some of which may be permanent in nature, and State of Connecticut practice does not permit demand for a specific sum and permits recovery of damages in excess of the amount demanded.

6. The Complaint was filed on February 3, 2022 with the Connecticut Superior Court, Judicial District of New Haven, at New Haven, Connecticut, named Defendant DELTA AIR LINES, INC. as a defendant, and also named Joseph Giulietti, Commissioner, Department of Transportation, State of Connecticut, as a defendant.

7. The legal process was served by a State Marshal on January 14, 2022 on Defendant DELTA AIR LINES, INC.'s Connecticut agent for service of process, and also on a person authorized to accept service of process for Joseph Giulietti, Commissioner, Connecticut Department of Transportation.

8. Plaintiff's action was docketed in and by the Connecticut Superior Court, Judicial District of New Haven, at New Haven, Connecticut and assigned Docket No. NNH-CV22-6120796-S.

9. On February 22, 2022, Plaintiff filed a Withdrawal of her action against Joseph Giulietti, Commissioner, Department of Transportation, State of Connecticut.

10. A copy of the state court Writ, Summons and Complaint, State Marshal's Return of Service, Appearances, and Plaintiff's Withdrawals of action, is attached as Exhibit A, and

constitute all of the pleadings filed in Plaintiff's Connecticut Superior Court action.

11. This Notice of Removal is being filed within the thirty-day and the one-year limitations periods of 28 U.S.C. § 1446(b) and (c), after receipt by Defendant DELTA AIR LINES, INC. of a copy of Plaintiff's Withdrawal of action against the defendant citizen of the State in which the action is brought, Joseph Giulietti, Commissioner, Connecticut Department of Transportation, from which it was first ascertained that the case is one which has become removable on the basis of diversity of citizenship of the parties.

12. Promptly after the filing of this Notice of Removal, Defendant DELTA AIR LINES, INC. shall give written notice thereof to all adverse parties.

13. Venue for this removed action is proper, pursuant to 28 U.S.C. §§ 1442(a) and 1446(b), because this Court is the United States District Court for the district and division embracing the place where the removed action was pending.

14. Pursuant to 28 U.S.C. § 1446(d), Defendant DELTA AIR LINES, INC. will file a copy of this Notice of Removal with the Clerk of the Connecticut Superior Court, Judicial District of New Haven, in New Haven, Connecticut.

15. Defendant DELTA AIR LINES, INC. reserves its right to raise all defenses and objections in this action after the action is removed to this Court.

        Respectfully submitted,

        Defendant
        DELTA AIR LINES, INC.

        /s/ *Steven E. Arnold*
        Steven E. Arnold  ct07966
        sea@salaw.us
        SA Law, P.C.
        41 North Main Street, Suite 201
        P.O. Box 270675
        West Hartford, CT 06127-0675
        Telephone: 860-989-2411
        Facsimile:  508-255-6185
        Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2022, the foregoing was filed electronically and served by U.S. Mail, postage prepaid, and/or by e-mail, on all counsel listed below:

    Daniel W. Adelman, Esq.
    adelaw@aol.com
    Adelman Law, LLC
    195 Church St, 9th Floor
    New Haven, CT 06510

                /s/ *Steven E. Arnold*
                Steven E. Arnold