**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. |
|---|

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 235 Church Street, New Haven, CT. 06510 | ( 203 ) 503 – 6800 | 02/15/2022 |

| ☒ Judicial District   ☐ Housing Session | G.A. Number: ____ | At *(City/Town)* New Haven | Case type code *(See list on page 2)* Major: T   Minor: 12 |
|---|---|---|---|

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Daniel W. Adelman, Adelman Law LLC, 195 Church Street, 9th Floor, New Haven, CT  06510 | 405681 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 203 ) 777 – 5007 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☒ Yes  ☐ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*: adelaw@aol.com

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| First plaintiff | Name: ROGERS, MAMIE<br>Address: 235 JUDWIN AVENUE, NEW HAVEN, CT 06515 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: GIULIETTI, JOSEPH, COMMISSIONER DEPARTMENT OF TRANSPORTATION<br>Address: 2800 BERLIN TURNPIKE, NEWINGTON, CT 06111 | D-01 |
| Additional defendant | Name: DELTA AIR LINES, INC., 1030 DELTA BLVD., DEPT. 982, ATLANTA, GA30354<br>Address: Agent for Service: CORPORATION SERVICE CO., 100 Pearl ST., 17th Fl., MC-CSC1, Hartford, CT 06103 | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 2 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date 01/12/2022 | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court<br>☐ _____ Clerk | Name of person signing<br>Daniel W. Adelman |
|---|---|---|---|

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

| For Court Use Only |
|---|
| File Date |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date 01/12/2022 | Docket Number |
|---|---|---|---|

Page 1 of 2

**Instructions**

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.

Do <u>not</u> use this summons for the following actions:

(a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
(b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
(c) Applications for change of name
(d) Probate appeals
(e) Administrative appeals
(f) Proceedings pertaining to arbitration
(g) Summary Process (Eviction) actions
(h) Entry and Detainer proceedings
(i) Housing Code Enforcement actions

**Case Type Codes**

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 10 | Receivership | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 05 | Motor Vehicles* - Property Damage only |
| | M 20 | Mandamus | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 09 | Motor Vehicle* - All other |
| | M 40 | Arbitration | | V 10 | Boats |
| | M 50 | Declaratory Judgment | | V 20 | Airplanes |
| | M 63 | Bar Discipline | | V 30 | Railroads |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 40 | Snowmobiles |
| | | | | V 90 | All other |
| | M 68 | Bar Discipline - Inactive Status | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

| | | |
|---|---|---|
| **RETURN DATE: FEBRUARY 15, 2022** | : | **SUPERIOR COURT** |
| **MAMIE ROGERS** | : | **J.D. NEW HAVEN** |
| **VS.** | : | **AT NEW HAVEN** |
| **DELTA AIR LINES, INC., et al.** | : | **JANUARY 12, 2022** |

## COMPLAINT

**FIRST COUNT: (AS TO DEFENDANT JAMES P. REDEKER, COMMISSIONER, DEPARTMENT OF TRANSPORTATION, STATE OF CONNECTICUT)**

1.  At all relevant times, the defendant, JOSEPH GIULIETTI, COMMISSIONER, DEPARTMENT OF TRANSPORTATION, STATE OF CONNECTICUT (hereinafter referred to as "DEPARTMENT OF TRANSPORTATION" owned, leased and/or was in control of the premises located at Bradley International Airport, Windsor Locks, Connecticut.

2.  On or about February 25, 2020, the plaintiff MAMIE ROGERS was exiting flight 2457 from Atlanta, Georgia to Bradley International Airport from a Delta Air Lines flight.

3.  On said date and place, the plaintiff, MAMIE ROGERS, was caused to fall on the ramp leading from the plane to the terminal, causing her to suffer the injuries and losses hereinafter described.

ADELMAN LAW, LLC
195 CHURCH STREET
9TH FLOOR
NEW HAVEN, CT. 06510
203-777-5007
FAX: 203-782-9830
EMAIL: ADELAW@AOL.COM

JURIS NO. 405681

4. The aforementioned ramp which injured the plaintiff, MAMIE ROGERS, was in a dangerous and defective condition likely to cause harm to persons, such as the plaintiff, as it was the components thereof were not properly aligned with each other.

5. The injuries and losses suffered and sustained by the plaintiff, MAMIE ROGERS, as hereinafter described were proximately caused by the negligence and carelessness of the defendant, DEPARTMENT OF TRANSPORTATION, and/or its agents, servants and/or employees in one or more of the following manners:

    (a) in that they knew or in the exercise of reasonable diligence should have known of the presence of the dangerous and defective condition yet failed and neglected to remedy the same;

    (b) in that they failed to make a reasonable and proper inspection of the area in order to ascertain the dangerous and defective condition thereof;

    (c) in that they failed to keep and maintain the area in a reasonably safe condition for members of the public, such as the plaintiff, whom they knew or in the exercise of reasonable diligence should have known would be present;

    (d) in that they failed to warn or otherwise advise the plaintiff of the presence of the dangerous and defective condition;

ADELMAN LAW, LLC
195 CHURCH STREET
9TH FLOOR
NEW HAVEN, CT. 06510
203-777-5007
FAX: 203-782-9830
EMAIL: ADELAW@AOL.COM

JURIS NO. 405681

  (e) in that they failed to adhere to a program of routine maintenance to keep its premises in a reasonably safe condition; and

  (f) in that they failed to properly place the aforementioned ramp in its proper position.

6. As a direct and proximate consequence of the negligence and carelessness of the defendant, DEPARTMENT OF TRANSPORTATION, and/or its agents, servants and/or employees, the plaintiff, MAMIE ROGERS, suffered and sustained the following injuries and losses, the effects of all or some of which are or are likely to be permanent in nature, and all of which were accompanied by great pain, suffering and anxiety:

  (a) injuries to both legs;

  (b) injuries to both knees;

  (c) injuries to both ankles; and

  (d) injuries to the back.

7. As a further direct and proximate consequence of the negligence and carelessness of the defendant, DEPARTMENT OF TRANSPORTATION, and/or its agents, servants and/or employees, the plaintiff, MAMIE ROGERS, were forced to incur expenses for medical care and attention, hospital care, physical therapy, x-rays, prescriptions and the like and may in the future.

8. As a further direct and proximate consequence of the negligence and

ADELMAN LAW, LLC
195 CHURCH STREET
9TH FLOOR
NEW HAVEN, CT. 06510
203-777-5007
FAX: 203-782-9830
EMAIL: ADELAW@AOL.COM

JURIS NO. 405681

carelessness of the defendant, DEPARTMENT OF TRANSPORTATION, and/or its agents, servants and/or employees, the plaintiff, MAMIE ROGERS, was unable to and may hereafter be unable to perform the usual activities of her household and everyday life as she did prior to this occurrence, all to her further loss and detriment.

9. As a further direct and proximate consequence of the negligence and carelessness of the defendant DEPARTMENT OF TRANSPORTATION and/or its agents, servants and/or employees, the plaintiff EVELYN WALLACE was forced to los a period of time from her employment, all to her further loss and detriment.

## SECOND COUNT: (AS TO DEFENDANT DELTA AIR LINES, INC.)

1. At all relevant times, the defendant, DELTA AIR LINES, INC. owned, leased and/or was in control of the premises at Bradley International Airport, Windsor Locks, Connecticut for incoming flight 2457 from Atlanta Georgia and was responsible for the safe exiting of its passengers from its flights.

2. On or about February 25, 2020, the plaintiff MAMIE ROGERS was exiting a plane, flight number 2457 from Atlanta, Georgia to Bradley International Airport from a Delta Air Lines flight.

ADELMAN LAW, LLC
195 CHURCH STREET
9TH FLOOR
NEW HAVEN, CT. 06510
203-777-5007
FAX: 203-782-9830
EMAIL: ADELAW@AOL.COM

JURIS NO. 405681

3. On said date and place, the plaintiff, MAMIE ROGERS, was caused to fall on the ramp leading from the plane to the terminal causing her to suffer the injuries and losses hereinafter described.

4. The aforementioned ramp which injured the plaintiff, MAMIE ROGERS, was in a dangerous and defective condition likely to cause harm to persons, such as the plaintiff, as it was worn and not secure.

5. The injuries and losses suffered and sustained by the plaintiff, MAMIE ROGERS, as hereinafter described were proximately caused by the negligence and carelessness of the defendant, DELTA AIR LINES, INC., and/or its agents, servants and/or employees in one or more of the following manners:

    (a) in that they knew or in the exercise of reasonable diligence should have known of the presence of the dangerous and defective condition yet failed and neglected to remedy the same;

    (b) in that they failed to make a reasonable and proper inspection of the area in order to ascertain the dangerous and defective condition thereof;

    (c) in that they failed to keep and maintain the area in a reasonably safe condition for members of the public, such as the plaintiff, whom they knew or in the exercise of reasonable diligence should have known would be present;

ADELMAN LAW, LLC
195 CHURCH STREET
9TH FLOOR
NEW HAVEN, CT. 06510
203-777-5007
FAX: 203-782-9830
EMAIL: ADELAW@AOL.COM

JURIS NO. 405681

  (d) in that they failed to warn or otherwise advise the plaintiff of the presence of the dangerous and defective condition;

  (e) in that they failed to adhere to a program of routine maintenance to keep its premises in a reasonably safe condition; and

  (f) in that they failed to properly place the aforementioned ramp in its proper position.

6. As a direct and proximate consequence of the negligence and carelessness of the defendant, DELTA AIR LINES, INC., and/or its agents, servants and/or employees, the plaintiff, MAMIE ROGERS, suffered and sustained the following injuries and losses, the effects of all or some of which are or are likely to be permanent in nature, and all of which were accompanied by great pain, suffering and anxiety:

  (a) injuries to both legs;

  (b) injuries to both knees;

  (c) injuries to both ankles; and

  (d) injuries to the back.

7. As a further direct and proximate consequence of the negligence and carelessness of the defendant, DELTA AIR LINES, INC. and/or its agents, servants and/or employees, the plaintiff, MAMIE ROGERS, was forced to incur expenses for medical care and

ADELMAN LAW, LLC
195 CHURCH STREET
9TH FLOOR
NEW HAVEN, CT. 06510
203-777-5007
FAX: 203-782-9830
EMAIL: ADELAW@AOL.COM

JURIS NO. 405681

attention, hospital care, physical therapy, x-rays, prescriptions and the like and may in the future.

8. As a further direct and proximate consequence of the negligence and carelessness of the defendant, DELTA AIR LINES, INC. and/or its agents, servants and/or employees, the plaintiff, MAMIE ROGERS, was unable to and may hereafter be unable to perform the usual activities of her household and everyday life as she did prior to this occurrence, all to her further loss and detriment.

9. As a further direct and proximate consequence of the negligence and carelessness of the defendant DELTA AIR LINES, INC., and/or its agents, servant and/or employees, the plaintiff MAMIE ROGERS was forced to lose a period of time from her employment, all to her further loss and detriment.

ADELMAN LAW, LLC
195 CHURCH STREET
9TH FLOOR
NEW HAVEN, CT. 06510
203-777-5007
FAX: 203-782-9830
EMAIL: ADELAW@AOL.COM

JURIS NO. 405681

**WHEREFORE**, the plaintiff claims damages.

The undersigned has personal knowledge of the financial responsibility of the plaintiff and deems it sufficient to pay the costs of this action.

Hereof fail not but of this writ with your doings thereon make due service and return according to law.

Dated at New Haven, Connecticut this 12th day of January, 2022.

                                        THE PLAINTIFF,
                                        MAMIE ROGERS

By_____
    Daniel W. Adelman Juris # 405681
    Adelman Law, LLC
    195 Church Street
    9th Floor
    New Haven, CT  06510

ADELMAN LAW, LLC
195 CHURCH STREET
9TH FLOOR
NEW HAVEN, CT. 06510
203-777-5007
FAX: 203-782-9830
EMAIL: ADELAW@AOL.COM

JURIS NO. 405681

| | | |
|---|---|---|
| **RETURN DATE: FEBRUARY 15, 2022** | : | **SUPERIOR COURT** |
| **MAMIE ROGERS** | : | **J.D. NEW HAVEN** |
| **VS.** | : | **AT NEW HAVEN** |
| **DELTA AIR LINES, INC., et al.** | : | **JANUARY 12, 2022** |

## STATEMENT IN DEMAND

The plaintiff in the above-entitled action hereby claims damages in an amount in excess of Fifteen Thousand ($15,000.00) Dollars, exclusive of interest and costs.

THE PLAINTIFF,
MAMIE ROGERS

By_____
Daniel W. Adelman Juris # 405681
Adelman Law, LLC
195 Church Street
9th Floor
New Haven, CT 06510

ADELMAN LAW, LLC
195 CHURCH STREET
9TH FLOOR
NEW HAVEN, CT. 06510
203-777-5007
FAX: 203-782-9830
EMAIL: ADELAW@AOL.COM

JURIS NO. 405681

STATE OF CONNECTICUT )

) SS: NEWINGTON    January 14, 2022

COUNTY OF HARTFORD )

THEN and by virtue hereof and by direction of the plaintiff's attorney, I made due and legal service upon the within original SUMMONS CIVIL, COMPLAINT with my doings thereon endorsed, by leaving a true and attested verified copy with and in the hands of Amy Ravitz, Department of Transportation, 2800 Berlin Turnpike, Newington, authorize to accept service for the within named defendant:

Joseph Giulietti, Commissioner Department of Transportation

2800 Berlin Turnpike, Newington, CT

ALSO, THEN and by virtue hereof and by direction of the plaintiff's attorney, I made due and legal service upon the within original SUMMONS CIVIL, COMPLAINT with my doings thereon endorsed, by leaving a true and attested verified copy at Corporation Service Company, 100 Pearl Street, 16th Floor, Hartford, Connecticut, registered Agent for Service, for the within named defendant:

Delta Airlines Inc.

1030 Delta Blvd., Department 982, Atlanta, GA

THE WITHIN IS THE ORIGINAL SUMMONS CIVIL, COMPLAINT WITH MY DOINGS HEREON ENDORSED.

FEES:

VERIFIED COPIES: $22.00

ENDORSEMENTS: $2.40

SERVICE: $80.00

TRAVEL: $11.60

ATTEST:

CT STATE MARSHAL

COUNTY OF HARTFORD

TOTAL: $116.00

**Brian R. Wright**

Connecticut State Marshal

45 Wyllys Street, Hartford, CT 06106    860-883-5832

| APPEARANCE | STATE OF CONNECTICUT |
|---|---|
| JD-CL-12 Rev. 12-21 | **SUPERIOR COURT** |
| P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3 | www.jud.ct.gov |

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

**Return date** (For Civil/Family cases)
Feb-15-2022

**Docket Number**
NNH-CV-22-6120796-S

**Name of case** (Full name of first Plaintiff v. Full name of first Defendant) Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut
ROGERS, MAMIE  v. DELTA AIR LINES, INC. Et Al

☐ Housing Session   ☒ Judicial District   ☐ Geographic Area

**Address of court** (Number, street, town and zip code)
235 CHURCH STREET NEW HAVEN, CT 06510

**Scheduled court date** (Criminal/Motor Vehicle cases only)

### Enter the Appearance of

**Name** (Your name or name of official, firm, professional corporation, or individual attorney)
SA LAW P.C.

**Juris number** (For attorney/law firm)
436969

**Mailing address**
41 NORTH MAIN STREET STE 201 PO BOX 270675

**Post Office box number**

**Telephone number** (Area code first)
8609892411

| City/town | State | Zip code | Fax number | E-mail address |
|---|---|---|---|---|
| WEST HARTFORD | CT | 06127 | 5082556185 | sea@salaw.us |

in the case named above for: (Select one of the following parties)

**PLAINTIFF**
☐ The Plaintiff.
☐ All Plaintiffs.
☐ The following Plaintiff(s) only:
_____

**DEFENDANT**
☐ The Defendant.
☐ All Defendants.
☒ The following Defendant(s) only:
Pty# D-01 DELTA AIR LINES, INC.

☐ **Other** (Specify): _____

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: (Select one or both)
  ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as   ☐ a Public Defender or   ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.                                                              (Special Public Defender)
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☐ This appearance is in place of the appearance of: _____
   *Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13)   ☒ Yes   ☐ No

| Signed (Individual attorney or self-represented party) | Name of person signing at left (Print or type) | Date signed |
|---|---|---|
| 300328 | STEVEN E ARNOLD | Feb 16 2022 |

### Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date)  Feb 15 2022  to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

*FOR COURT USE ONLY*

**Name and address of each party and attorney that copy was or will be mailed or delivered to***

ADELMAN LAW LLC - 195 CHURCH STREET/9TH FLOOR/NEW HAVEN, CT 06510

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed (Signature of filer) | Print or type name of person signing | Date signed |
|---|---|---|
| 300328 | STEVEN E ARNOLD | Feb 16 2022 |

**APPEARANCE**
JD-CL-12   Rev. 12-21
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Return date *(For Civil/Family cases)*
Feb-15-2022

Docket Number
NNH-CV-22-6120796-S

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant)*  Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut
ROGERS, MAMIE  v. DELTA AIR LINES, INC. Et Al

☐ Housing Session   ☒ Judicial District   ☐ Geographic Area

Address of court *(Number, street, town and zip code)*
235 CHURCH STREET NEW HAVEN, CT 06510

Scheduled court date *(Criminal/Motor Vehicle cases only)*

### Enter the Appearance of

Name *(Your name or name of official, firm, professional corporation, or individual attorney)*
AAG MICHAEL R BULLERS

Juris number *(For attorney/law firm)*
401977

Mailing address
AG-CIVIL RIGHTS/TORTS 165 CAPITOL AVE 4TH FLR

Post Office box number

Telephone number *(Area code first)*
860-808-5160

City/town: HARTFORD   State: CT   Zip code: 06106   Fax number: 860-808-5084   E-mail address: Michael.Bullers@ct.gov

in the case named above for: *(Select one of the following parties)*

**PLAINTIFF**
☐ The Plaintiff.
☐ All Plaintiffs.
☐ The following Plaintiff(s) only:

**DEFENDANT**
☐ The Defendant.
☐ All Defendants.
☒ The following Defendant(s) only:
Pty# D-02 JOSEPH GIULIETTI, COMMISSIONER

☐ **Other** *(Specify):*

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
   ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as  ☐ a Public Defender **or**  ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.   *(Special Public Defender)*
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:
1. ☐ This appearance is in place of the appearance of: _____
   *Name and Juris Number (if applicable) to be replaced*
2. ☐ This appearance is in addition to an appearance already on file.

I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13)   ☒ Yes   ☐ No

Signed *(Individual attorney or self-represented party)*: 401977
Name of person signing at left *(Print or type)*: AAG MICHAEL R BULLERS
Date signed: Feb 17 2022

### Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* Feb 17 2022 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

*FOR COURT USE ONLY*

Name and address of each party and attorney that copy was or will be mailed or delivered to*

ADELMAN LAW LLC - 195 CHURCH STREET/9TH FLOOR/NEW HAVEN, CT 06510
SA LAW P.C. - 41 NORTH MAIN STREET/STE 201 PO BOX 270675/WEST HARTFORD, CT 06127

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

Signed *(Signature of filer)*: 401977
Print or type name of person signing: AAG MICHAEL R BULLERS
Date signed: Feb 17 2022

# WITHDRAWAL
JD-CV-41  Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

Docket number
**NNH-CV-22-6120796-S**

Return date (*For Civil and Housing cases only*)
**Feb-15-2022**

Answer date (*For Small Claims cases only*)

Instructions:
1. Complete this form by selecting any applicable withdrawal categories below.
2. File with the clerk.

Name of case (*First-named Plaintiff vs. First-named Defendant*)
**ROGERS, MAMIE  v. DELTA AIR LINES, INC. Et Al**

[X] Judicial District  [ ] Housing Session

Address of court (*Number, street, town and zip code*)
**235 CHURCH STREET NEW HAVEN, CT 06510**

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT) [ ] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD) [ ] A judgment has been rendered against the following Defendant(s): _____
and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

(WDCOMP) [ ] Complaint                (WAPPCOM) [ ] Apportionment Complaint
(WOC)    [ ] Counterclaim              (WDINTCO) [ ] Intervening Complaint
(WDCC)   [ ] Cross Complaint (cross claim)  (WDTHPC) [ ] Third Party Complaint
(WDCOUNT) [X] Counts of the complaint: **First Count - Def James Redeker**

(WOAAP)  [ ] Plaintiff(s): _____

(WOAAD)  [ ] Complaint against defendant(s): _____ only without costs

(WOM)    [ ] Motion: _____
         [ ] Other: _____

## Signature of Filer(s)

| Party | | By | | Attorney or Self-represented party |
|---|---|---|---|---|
| **P-01 MAMIE ROGERS** | ; By | **ADELMAN LAW LLC** | | |
| | ; By | | | |
| | ; By | | | |
| | ; By | | | |

Name & Address of Filer(s): ▶ **DANIEL W ADELMAN**
**195 Church Street, New Haven, CT  06510**

## Certification
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) **Feb-21-2022** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**MICHAEL BULLERS - AG-CIVIL RIGHTS/TORTS/165 CAPITOL AVE 4TH FLR/HARTFORD, CT 06106**

*For Court Use Only*

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

Signed (*Signature of filer*)
▶ **102665**

Print or type name of person signing
**DANIEL W ADELMAN**

Date signed
**Feb-21-2022**

Mailing address (*Number, street, town, state and zip code*)
**195 CHURCH STREET, 9TH F NEW HAVEN, CT 06510**

Telephone number
**203-777-5007**

**Continuation of JDCV41 Withdrawal for NNH-CV-22-6120796-S**

**Submitted By ADELMAN LAW LLC (405681)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

SA LAW P.C. - 41 NORTH MAIN STREET/STE 201 PO BOX 270675/WEST HARTFORD, CT 06127

***** End of Certification of Service *****

# WITHDRAWAL
JD-CV-41  Rev. 1-18

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

Docket number
**NNH-CV-22-6120796-S**

Return date (*For Civil and Housing cases only*)
**Feb-15-2022**

Answer date (*For Small Claims cases only*)

Instructions:
1. Complete this form by selecting any applicable withdrawal categories below.
2. File with the clerk.

Name of case (*First-named Plaintiff vs. First-named Defendant*)
**ROGERS, MAMIE  v. DELTA AIR LINES, INC. Et Al**

[X] Judicial District   [ ] Housing Session

Address of court (*Number, street, town and zip code*)
**235 CHURCH STREET NEW HAVEN, CT 06510**

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)    [ ] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)   [ ] A judgment has been rendered against the following Defendant(s):
_____
and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

(WDCOMP)  [ ] Complaint                    (WAPPCOM) [ ] Apportionment Complaint
(WOC)     [ ] Counterclaim                 (WDINTCO) [ ] Intervening Complaint
(WDCC)    [ ] Cross Complaint (cross claim)(WDTHPC)  [ ] Third Party Complaint
(WDCOUNT) [X] Counts of the complaint: **First Count - Joseph Giulietti**

(WOAAP)   [ ] Plaintiff(s): _____

(WOAAD)   [ ] Complaint against defendant(s): _____
_____ only without costs

(WOM)     [ ] Motion: _____
          [ ] Other: _____

## Signature of Filer(s)

| Party | | ; By | | Attorney or Self-represented party |
|---|---|---|---|---|
| **P-01 MAMIE ROGERS** | | ; By | **ADELMAN LAW LLC** | |
| | | ; By | | |
| | | ; By | | |
| | | ; By | | |

*Name & Address of Filer(s):* ▶ **DANIEL W ADELMAN**
**195 Church Street, New Haven, CT 06510**

## Certification
I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) **Feb-22-2022** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**MICHAEL BULLERS - AG-CIVIL RIGHTS/TORTS/165 CAPITOL AVE 4TH FLR/HARTFORD, CT 06106**

*For Court Use Only*

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

Signed (*Signature of filer*) ▶ **102665**

Print or type name of person signing
**DANIEL W ADELMAN**

Date signed
**Feb-22-2022**

Mailing address (*Number, street, town, state and zip code*)
**195 CHURCH STREET, 9TH F NEW HAVEN, CT 06510**

Telephone number
**203-777-5007**

**Continuation of JDCV41 Withdrawal for NNH-CV-22-6120796-S**

**Submitted By ADELMAN LAW LLC (405681)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

SA LAW P.C. - 41 NORTH MAIN STREET/STE 201 PO BOX 270675/WEST HARTFORD, CT 06127

***** End of Certification of Service *****